FILED: March 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6142
(5:25-ct-03010-M-RJ)

_____

MARLON GOODWIN

        Plaintiff - Appellant

v.

ROY A. COOPER; TODD ISHEE; EDDIE BUFFALO; PETER BUCHHOLTZ; JOE BIDEN; DONALD TRUMP; XI JINPING; VLADIMIR PUTIN; BORIS JOHNSON; MARK ESPERS; ERIK HOOKS; KENNETH LASSITER; JOHN HERRING; ALBERT BOURLA; ALEX GORSKY; LARRY MERLO; JEFF BEZOS; DEPARTMENT OF DEFENSE; PFIZER; JOHNSON & JOHNSON; DEPARTMENT OF TREASURY; AMAZON; AETNA; JOHN DOES 1-2500; JOSH STEIN; CENTER FOR DISEASE CONTROL; DEPARTMENT OF COMMERCE; JOHN DOES 1-25, Congress

        Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk